IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MSDS ONLINE, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50296 (KBO)<br><br><br>**Re: Adv. D.I. 13** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that, on October 8, 2025, I caused a copy of *Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* to be served via certified mail on the Defendant as set forth below.

> VelocityEHS d/b/a MSDS
> c/o Michael Martens
> 222 Merchandise Mart Plz, Ste #1750
> Chicago, IL 60654

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

              Telephone: (302) 421-6800
              evan.miller@saul.com
              paige.topper@saul.com

              *Special Counsel to the Chapter 7 Trustee*

Dated: October 8, 2025