IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MSDS ONLINE INC.,<br><br>Defendant. | Adv. Pro. No. 25-50296 (KBO)<br><br>**Re: D.I. 10, 13, 14** |

**CERTIFICATION OF NO OBJECTION TO PLAINTIFF'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7055**

The undersigned, counsel to George L. Miller, as chapter 7 trustee ("Plaintiff") for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC (collectively, the "Debtors"), hereby certifies as follows:

1. On September 12, 2025, the Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055 [Adv. D.I. 13] (the "Motion") was filed with the Court.

2. The initial mail service of the Motion was returned to Plaintiff.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

3. On October 8, 2025, the Motion was re-served on the above captioned defendant. This second service of the Motion has not been returned to Plaintiff as of the date of this certification.

4. Responses to the Motion were required to have been filed with the Court and served on the undersigned so as to be received on or before October 22, 2025 (the "Objection Deadline").

5. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

6. Accordingly, the Motion may be granted.

WHEREFORE, the undersigned counsel respectfully requests that judgment by default, substantially in the form attached to the Motion and hereto as Exhibit A, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: October 28, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>and<br><br>Michelle G. Novick (admitted pro hac vice)<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601<br>Telephone: (312) 876-7899<br>michelle.novick@saul.com<br><br>and<br><br>Turner N. Falk (admitted pro hac vice)<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-8415 |

turner.falk@saul.com

*Counsel to Plaintiff George L. Miller, as Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[4]<br><br>                                     Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>                                     Plaintiff,<br><br>v.<br><br>MSDS ONLINE INC.,<br><br>                                     Defendant. | Adv. Pro. No. 25-50296 (KBO) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on October 28, 2025, I caused a copy of the *Certification of No Objection to Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* to be served on the Defendant as set forth below.

**Via First-Class United States Mail:**
VelocityEHS d/b/a MSDS
c/o Michael Martens
222 Merchandise Mart Plz,
Ste#1750
Chicago, IL 60654

                                   */s/ Evan T. Miller*
                                   Evan T. Miller (DE Bar No. 5364)
                                   **SAUL EWING LLP**

---

[4] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

4

1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800